Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
Beth M. Weinstein (S.B.N. 252334)
beth.weinstein@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

JS-6

Attorneys for Defendant
VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AIRS AROMATICS, LLC, a Delaware Limited Liability Company with its principal place of business in Wilmington, DE<br><br>            Plaintiff,<br><br>    vs.<br><br>VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC., a Delaware Corporation with its principal place of business in Reynoldsburg, OH, et al.<br><br>            Defendant. | Case No. 2:11-CV-04718-R (JC)<br><br>**ORDER GRANTING DEFENDANT VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO TRANSFER**<br><br>Complaint Served: September 12, 2011<br>Judge: Hon. Manuel L. Real<br>Courtroom: 8<br><br>Hearing Date: November 28, 2011<br>Hearing Time: 10:00 am. |

[Proposed] Order Granting Victoria's Secret Stores Brand Management, Inc.'s Motion to Dismiss or, in the Alternative, to Transfer Venue

# ORDER

Defendant Victoria's Secret Stores Brand Management, Inc.'s ("Victoria's Secret") Motion to Dismiss or In the Alternative to Transfer Venue was heard before the Honorable Manuel L. Real on November 28, 2011.

For the reasons set forth on the record at the hearing, a copy of the transcript of which is attached hereto as Exhibit A, Victoria's Secret's MOTION TO DISMISS IS GRANTED WITH PREJUDICE.

Both parties submitted unopposed Requests for Judicial Notice in connection with the briefing on this Motion. Both requests are hereby GRANTED.

Leave to amend is DENIED. Plaintiff, following a meet-and-confer between counsel, amended its Complaint and filed its First Amended Complaint, which is the subject of this Motion. Despite filing its First Amended Complaint, Plaintiff did not cure the deficiencies associated with its claims. Neither did Plaintiff, in its Opposition to this Motion or during argument, proffer any additional facts, which if taken as true, could cure the deficiencies in its First Amended Complaint. Moreover, because the unambiguous contract at issue and the facts judicially-noticed demonstrate that Plaintiff cannot cure the deficiencies associated with its claims, the granting of any leave to amend would be futile.

In light of the Court's dismissal of Plaintiff's claims, Victoria's Secret's Motion to Transfer Venue to the United States District Court for the District of Delaware is DENIED as moot.

Dated: January 20, 2012

_____
Hon. Manuel L. Real
United States District Judge